IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>    Plaintiff                                                  )<br>        v.                                                              )<br>                                                                  )<br>LORENZO BLACK, et al.,                            )<br>    Defendants                                          ) | Case No. 16-20032-JAR |

## ORDER

NOW ON THIS 14th day of September, 2016, the motion of attorney, Jonathan Laurans (on behalf of interested party David Lougee) comes on for hearing. In his motion, Mr. Laurans requests an Order directing the United States Marshal and the United States Attorney's Office to preserve and produce to the Court: (1) all video and audio recordings of AUSA Erin Tomasic and/or DUSM Chris Johnson at any and all times while either were anywhere on the Fifth Floor of the U.S. Courthouse on August 25, 2016, up to 9 a.m. on August 26, 2016; and, (2) all video and audio recordings of AUSA Erin Tomasic and/or DUSM Chris Johnson while either were anywhere in the U.S. Courthouse on August 25, 2016 between the hours of 1 p.m. and 9 p.m.

In support of this motion, Mr. Laurans offered the following:

"1. On September 7, 2016, the Court alerted all defense counsel in the above-captioned matter that on August 25, 2016, AUSA Erin Tomasic and DUSM Chris Johnson entered the Court's chambers after 5 p.m. without giving prior notice, and without receiving prior permission;

2. No one from either the United States Attorney's Office or the United States Marshal's Office informed any of the defense counsel in this case about this incident;

3. The Court on September 7, 2016 informed defense counsel that AUSA Tomasic had entered chambers earlier on August 25th, at approximately 3:30 p.m., for the purpose of delivering the impounded evidence ordered by the Court for production, bearing on the issue of Sixth Amendment violations of detainees housed at CCA in Leavenworth;

4. The Court on September 7th informed defense counsel that AUSA Tomasic had obtained clearance from her supervisor, AUSA Kim Flanagan, and her supervisor's supervisor, First Assistant Debra Barnett, to enter the Court's chambers without giving prior notice to the Court, or receiving prior permission from the Court;

5. The impermissible entry into chambers after hours by AUSA Tomasic, into the same secure area where she had earlier in the day delivered impounded evidence threatens the integrity of these proceedings. At this time, defense counsel does not have enough information upon which to base decisions concerning AUSA Tomasic's and DUSM Johnson's actions. Accordingly, preservation and production of the requested video to the Court for safekeeping will guarantee its availability if and when this incident is determined to be relevant in the broader investigation into the fact of surreptitious recording of attorney-client meetings and attorney-client telephone calls, in violation of the Sixth Amendment;

6. On September 12, 2016, the undersigned sent a letter to U.S. Marshal Ronald Miller, asking that he preserve video of the fifth floor. As of the filing of this motion, Marshal Miller has not responded;"

The Court finds that sufficient grounds have been alleged, and good cause exists, to justify the relief requested.

ACCORDINGLY, IT IS ORDERED THAT the United States Marshal and the United States Attorney's Office preserve and produce to the Court: (1) all video depicting AUSA Erin Tomasic and/or DUSM Chris Johnson at any and all times either were anywhere on the Fifth Floor of the U.S. Courthouse on August 25, 2016, up to 9 a.m. on August 26, 2016; and, (2) all video depicting AUSA Erin Tomasic and/or DUSM Chris Johnson anywhere in the U.S. Courthouse on August 25, 2016 between the hours of 1 p.m. and 9 p.m. Preservation is ordered immediately. Production to the Court is ordered to be performed within 1 business day of this Order, only between the hours of 9 a.m. and 5 p.m., with no entry into the Court's chambers permitted without prior permission, upon an agreed time arranged through the courtroom deputy.

**IT IS SO ORDERED.**

Dated: <u>September 14, 2016</u>

                                                         S/ Julie A. Robinson
                                                      JULIE A. ROBINSON
                                                      UNITED STATES DISTRICT JUDGE