# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-20032-JAR |
| | ) |
| **LORENZO BLACK,** | ) |
| **KARL CARTER,** | ) |
| **ANTHON AIONO,** | ) |
| **ALICIA TACKETT,** | ) |
| **CATHERINE ROWLETTE,** | ) |
| and | ) |
| **DAVID BISHOP,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF NO RESPONSIVE MATERIAL

The United States of America, by undersigned counsel, provides notice to the Court and other parties that the United States Attorney's Office has no video recording responsive to the Court's September 14, 2016 Order. On September 14, 2016, the United States Attorney's Office forwarded the Court's Order to the United States Marshals Service so that the United States Marshals Service may separately respond to the Court's order as appropriate.

    Respectfully submitted,

    THOMAS E. BEALL
    Acting United States Attorney

    s/ *Debra Barnett*
    Debra Barnett
    Assistant United States Attorney
    1200 Epic Center
    301 N. Main

Case 2:16-cr-20032-JAR   Document 142   Filed 09/15/16   Page 2 of 2

Wichita, KS 67202-4812
(316) 269-6481 (telephone)
(316) 268-6484 (facsimile)


/s/*Erin S. Tomasic*
Erin S. Tomasic
Special Assistant U.S. Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
D. Kan. No. 78430


s/ D. Christopher Oakley
D. Christopher Oakley, 19248
Assistant United States Attorney
500 State Avenue; Suite 360
Kansas City, Kansas 66101
Telephone: 913-551-6730
Facsimile: 913-551-6541
E-mail: chris.oakley@usdoj.gov
Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on the 15th day of September, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

s/ D. Christopher Oakley
Assistant United States Attorney
