# In the United States District Court
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>LORENZO BLACK, )<br>KARL CARTER, )<br>ANTHON AIONO, )<br>ALICIA TACKETT, )<br>CATHERINE ROWLETTE, )<br>and )<br>DAVID BISHOP, )<br>)<br>        Defendants. ) | CASE NUMBER: 16-20032-JAR |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. Rule 83.5.5, Erin S. Tomasic, Special Assistant United States Attorney for the District of Kansas, hereby withdraws as counsel for plaintiff. The United States will continue to be represented by D. Christopher Oakley, Duston Slinkard, and Debra L. Barnett.

                                            Respectfully submitted,

                                            THOMAS E. BEALL
                                            Acting United States Attorney

                                            *s/Erin S. Tomasic*
                                            ERIN S. TOMASIC, # 78430
                                            Special Assistant United States Attorney
                                            500 State Avenue, Suite 360
                                            Kansas City, Kansas   66101-2433
                                            (913) 551-6730
                                            FAX: (913) 551-6541
                                            E-mail: Erin.Tomasic@usdoj.gov
                                            ELECTRONICALLY FILED
                                            Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 *s/Erin S. Tomasic*
ERIN S. TOMASIC, # 78430
Special Assistant United States Attorney