# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                            Case No. 16-20032-01-06-JAR

LORENZO BLACK,
KARL CARTER,
ANTHON AIONO,
ALICIA TACKET,
CATHERINE ROWLETTE, and
DAVID BISHOP,

      Defendants.

**UNITED STATES' MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR RECONSIDERATION
OF COURT'S APPOINTMENT ORDER (Doc. 146)
AND OBJECTIONS**

Comes now the United States of America, by and through Debra L. Barnett, Assistant United States Attorney, and respectfully moves this Court for an order extending the United States' deadline to file a Motion for Reconsideration of the Court's Appointment Order (Doc. 146) for an additional two days, from October 25, 2016, until and including October 27, 2016.

In support of said motion, the United States would show the following:

1. On October 11, 2016, the Court issued its *Appointment Order* (Doc. 146).

2. Government's motion for reconsideration and/or objections are due on October 25, 2016.

3. The government is consulting with the Executive Office of the Department of Justice regarding information necessary to the motion for reconsideration and additional time is needed to finalize the motion.

4. Defendants Lorenzo Black and Karl Carter are currently in custody. Defendants Anthon Aiono, Alicia Tacket, Catherine Rowlette and David Bishop are on bond.

5. The movant, federal public defender, as well as counsel for all named defendants were contacted with respect to the instant motion. The movant indicated that she objects to the requested extension. Counsel for defendants Lorenzo Black, Anthon Aiono, Alicia Tackett, Catherine Rowlette, and David Bishop indicated that they had no objection. Counsel for defendant Karl Carter was not in a position to provide a response when contacted and no such response was received prior to the need to file the motion.

-3-

WHEREFORE, the United States moves this Court for an order extending the government's date to file a motion to reconsider the Court's *Appointment Order* (Doc. 146) to and including October 27, 2016.

Respectfully submitted,

THOMAS E. BEALL
Acting United States Attorney

/s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
K.S.Ct.No. 12729
debra.barnett@usdoj.gov

/s/ Dustin Slinkard
DUSTIN SLINKARD
Assistant United States Attorney
United States Attorney's Office
444 SE Quincy, Suite 290
Topeka, Kansas 66101
K.S.Ct.No. 21294
dustin.slinkard@usdoj.gov

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                              s/ Debra L. Barnett
                                              DEBRA L. BARNETT
                                              Assistant U.S. Attorney