#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|             Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 16-cr-20032-JAR |
| | ) |
| LORENZO BLACK, *et al.*, | ) |
|             Defendant. | ) |

### **NOTICE OF CHANGE OF ADDRESS**

Attorney Erin Thompson files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Morgan Pilate |
| Address: | 926 Cherry St.<br>Kansas City, MO 64106 |
| E-mail: | ethompson@morganpilate.com |

                                            Respectfully submitted,

                                            __s/ Erin Thompson_____
                                            Erin Thompson (#22117)
                                            **MORGAN PILATE**
                                            926 Cherry St.
                                            Kansas City, MO 64106
                                            Telephone:   (816) 471-6694
                                            Fax:               (816) 472-3516
                                            E-mail:          ethompson@morganpilate.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 2nd day of June, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing and a copy of the filing to all counsel of record.

/s/Erin C. Thompson
Erin C. Thompson