**Print** | **Close Window**

**Subject:** **RE: Results of Updated Search (Group 3 with Proximity Operators)**
**From:** **"David R. Cohen" <David@SpecialMaster.Law>**
**Date:** **Mon, Jun 05, 2017 6:04 pm**
**To:** **"Steeby, David (USAKS)" <David.Steeby@usdoj.gov>**
**Cc:** **"Ken Smiley" <ksmiley@americandiscovery.com>, "Metzger, Emily (USAKS)" <Emily.Metzger@usdoj.gov>, "Rask, Scott (USAKS)" <Scott.Rask@usdoj.gov>**

David, that is good news.
In light of that, I would like to add numerous names to Group 3, which will probably not change your results very much.
Please see the additions in <span style="color:red">**RED [note, an email-auto-save seems to have deleted some of the red, I tried to add it all back]**</span>
Also, please see the minor addition in <span style="color:red">**red**</span> in Group 1.

<mark>**Please run this search on Tomasic's repository and produce the results to me via Ken Smiley as soon as possible.**</mark>

I am copying Mr. Rask and Ms. Metzger -- if the OUSA has any issue with this directive, I need to know asap.

Thanks.

-David

============================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

-------- Original Message --------
Subject: Results of Updated Search (Group 3 with Proximity Operators)
From: "Steeby, David (USAKS)" <David.Steeby@usdoj.gov>
Date: Mon, June 05, 2017 5:09 pm
To: "David R. Cohen" <David@SpecialMaster.Law>
Cc: Ken Smiley <ksmiley@americandiscovery.com>

Mr. Cohen,

I was able to update the group 3 terms as well as remove the usaks-all exemption as we disused on the phone, then test on Tomasic's mail repository this afternoon.  We're down from 7,784 results to 4,347. I'm including the search terms with the new group 3 code listed in green.

```
("record* call"~5 OR
"record* calls"~5 OR
"record* video*"~5 OR
"record* audio*"~5 OR
"record* CCTV"~5 OR
"record* tape"~5 OR
"monitor* call"~5 OR
```

```
"monitor* calls"~5 OR
"monitor* video*"~5 OR
"monitor* audio*"~5 OR
"monitor* CCTV"~5 OR
"monitor* tape"~5 OR
"view* video*"~5 OR
"review* video*"~5 OR
"jail call"~15 OR
"jail calls"~15 OR
"jail video*"~15 OR
"jail record*"~15 OR
"jail monitor*"~15 OR
"prison* call"~15 OR
"prison* calls"~15 OR
"prison* video*"~15 OR
"prison* record*"~15 OR
"prison* monitor*"~15 OR
"CCA call"~15 OR
"CCA calls"~15 OR
"CCA video*"~15 OR
"CCA record*"~15 OR
"CCA monitor*"~15 OR
"CCA surveillance"~15 OR
"CCA footage*"~15 OR
"Corrections call"~15 OR
"Corrections calls"~15 OR
"Corrections video*"~15 OR
"Corrections record*"~15 OR
"Corrections monitor*"~15 OR
"Corporation call"~15 OR
"Corporation calls"~15 OR
"Corporation video*"~15 OR
"Corporation record*"~15 OR
"Corporation monitor*"~15 OR
"inmate* call"~15 OR
"inmate* calls"~15 OR
"inmate* video*"~15 OR
"inmate* record*"~15 OR
"inmate* monitor*"~15 OR
"detainee* call"~15 OR
"detainee* calls"~15 OR
"detainee* video*"~15 OR
"detainee* record*"~15 OR
"detainee* monitor*"~15 OR
"audio* record*"~5 OR
"video* record*"~5 OR
"audio* monitor*"~5 OR
"video* monitor*"~5 OR
"inmate* account*"~2 OR
"prisoner* account*"~2 OR
"inmate* PIN*"~2 OR
"prisoner* PIN*"~2 OR
Securus OR
"covert alert" OR
```

```
"request for CCA Recorded" OR

((prison* OR inmate*) AND
("listen* call"~15 OR "listen* calls"~15 OR "watch* video*"~15 OR
"watch* record*"~15 OR "listen* audio*"~15 OR "listen* record*"~15
OR "view* video*"~15 OR "view* record*"~15 OR "review* video*"~15
OR "review* audio*"~15 OR "review* record*"~15)) OR

((Anderson OR Atkins OR Bigelow OR Barnett OR Baxter OR Beall OR
Beam OR Bernhardt OR Black OR Brannon OR Cahill OR Cash OR Catania
OR Clem OR Collins OR Cook OR Dertinger OR Evans OR Fitzpatrick OR
Flannigan OR Fletcher OR Gallup OR Gillespie OR Grissom OR Guerrero OR
Gurin OR Hall OR Hanika OR Hernandez OR Herron OR Hinojosa OR Hodges
OR Hoffer OR Hood OR Howell OR Hudson OR Hundley OR Johnson OR Johnston
OR Kaiser OR Kenyon OR Kinney OR Krug OR Lajiness OR Marques OR Martin
OR Matushek OR McClain OR McCracken OR Metzger OR Miller OR Milliken
OR Morehead OR Morgan OR Moore OR Moorehead OR Oakley OR Oberly
OR Parrish OR Pauletta OR Perry OR Phom OR Phommaseng OR Phommasang
OR Phommeseng OR Phommesang OR Phomaseng OR Phomasang OR
Phomeseng OR Phomesang OR Potter OR Preciado OR Rapp OR Rask OR
Reulet OR Roberts OR Rokusek OR Ruffalo OR Sallee OR Schloemer OR
Schuster OR Seubert OR Stokes OR Strickler OR Thibault OR Thomas OR
Tomasic OR Treadway OR Trujillo OR Twaddle OR Vargas OR Virden OR Wamble
OR Welch OR West OR York OR Younger OR Zitegma) AND ("jail
call"~15 OR "jail calls"~15 OR "jail video*"~15 OR "jail
record*"~15 OR "jail monitor*"~15 OR "prison* call"~15 OR "prison*
calls"~15 OR "prison* video*"~15 OR "prison* record*"~15 OR
"prison* monitor*"~15 OR "CCA call"~15 OR "CCA calls"~15 OR "CCA
video*"~15 OR "CCA record*"~15 OR "CCA monitor*"~15 OR "Corrections
call"~15 OR "Corrections calls"~15 OR "Corrections video*"~15 OR
"Corrections record*"~15 OR "Corrections monitor*"~15 OR
"Corporation call"~15 OR "Corporation calls"~15 OR "Corporation
video*"~15 OR "Corporation record*"~15 OR "Corporation monitor*"~15
OR "inmate* call"~15 OR "inmate* calls"~15 OR "inmate* video*"~15
OR "inmate* record*"~15 OR "inmate* monitor*"~15 OR "detainee*
call"~15 OR "detainee* calls"~15 OR "detainee* video*"~15 OR
"detainee* record*"~15 OR "detainee* monitor*"~15)))

-jtn
-"activity in case"
-"district newsletter"
-lynda
-cle
```