## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 16-cr-20032-JAR** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Affidavit in Support of Motion to** |
| | ) | **Reschedule Hearing** |
| **LORENZO BLACK,** | ) | |
| **KARL CARTER,** | ) | |
| **ANTHONY AIONO,** | ) | |
| **ALICIA TACKETT, and** | ) | |
| **CATHERINE ROWLETTE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

State of New York    ) ss.
County of Onondaga   )

STEVEN D. CLYMER, being duly sworn, deposes and states:

1.      I am an Assistant United States Attorney for the Northern District of New York. On July 12, 2017, I was appointed as a Special Attorney to the Attorney General pursuant to 28 U.S.C. § 515 to take overall control of and responsibility for the government's involvement in Phase III of the special master's investigation in the above-captioned case.

2.      I make this affidavit in support of the government's motion to reschedule the hearing in this matter now set for November 28, 2017.

3.      On October 20, 2017, the special master filed a report entitled "First Status Report Regarding Phase III Investigation."

4.      On October 25, 2017, the Office of the Federal Public Defender filed a "Motion to Supplement the Record and Produce Jencks Materials" and a motion for an order to show cause why the government should not be held in contempt of court.

5.      On October 25, 2017, this Court filed an order setting a hearing on Tuesday, November 28, 2017, to discuss the special master's report filed on October 20, 2017, "and any other issues the parties may want to address related to the Phase III investigation."

6.      I am required to personally appear before the Court of Appeals for the Second Circuit in New York City on the day the Court has set for the hearing − November 28, 2017 − in the case of *United States v. Rodgers*, Case Nos. 16-1484 and 16-2277.  My obligation to appear in the Court of Appeals for the Second Circuit arose before this Court scheduled the November 28, 2017 hearing.  Specifically:

      a.      On July 24, 2017, the government filed its answering brief in response to Rodgers' appeal.  The brief states on its cover that I will be arguing the case for the government in the Second Circuit.

      b.      On July 26, 2017, in compliance with Second Circuit Local Rule 34.1(a), I filed an "Oral Argument Statement" informing the Second Circuit that I will be the Assistant United States Attorney who argues for the government.  In that statement, and in a later letter to the Court dated August 23, 2017, I notified the Second Circuit of dates on which I was unavailable to appear, for use by that Court in scheduling the case for oral argument.

      c.      On September 15, 2017, the Second Circuit notified the parties that the case had been calendared for the week of November 27, 2017.  This is done to provide an

opportunity for the parties, in the event of a late-discovered scheduling conflict, for a final opportunity to so notify the Circuit.

d. On October 20, 2017, the Second Circuit notified the parties that the case is calendared for argument on November 28, 2017. The Court also issued a "Notice of Hearing Date" form to the parties, requiring counsel for each party to identify the attorney who will present argument, in accordance with Second Circuit Local Rules 25.1 and 25.2.

e. On October 20, 2017, the government filed a completed "Notice of Hearing Date" form with the Second Circuit identifying me as the attorney who will present the government's oral argument.

7. Second Circuit Local Rule 34.1(e) provides that: "After a case has been set for oral argument, it may be postponed only by order of the court on a showing of extraordinary circumstances, and not by stipulation of the parties. Engagement of counsel in another tribunal (other than the U.S. Supreme Court) is not an extraordinary circumstance."

8. As a result of the above, I am unable to appear in this Court on November 28, 2017. Because I have been appointed to represent the government in connection with Phase III of the special master's investigation and because matters related to that investigation will be the subject of the hearing in this Court, I believe my presence at the hearing will be helpful to the Court.

9. Accordingly, I respectfully request that the Court reschedule the hearing now set for November 28, 2017.

10. If this Court is inclined to reschedule the hearing so that I can be present, I can try to arrange a flight from New York City that will enable me to appear as early as the morning of Wednesday, November 29, 2017. (In the event of such scheduling, I will notify the Court

immediately if it proves impossible to arrive that soon.)  If this Court instead chooses to reschedule the hearing to a different date than November 29, 2017, it should be advised that I am unavailable on the following dates: December 5 through 8 and December 22 through 29, 2017.

The foregoing is true and correct to the best of my knowledge and belief.


Steven D. Clymer

Sworn to before me this 3rd
day of November, 2017.

s/ *Deanna Lieberman*
Notary Public

**Certificate of Service**

I hereby certify that on the 3rd day of November, 2017, the foregoing was electronically filed with the clerk of the court for the District of Kansas using the CM/ECF system, which will send a notice of electronic filing to all counsel.

*S/Deanna Lieberman*
Deanna Lieberman
Paralegal Specialist
United States Attorney's Office
Northern District of New York
