# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE**<br><br>    Defendants. | Case No. 16-20032-JAR |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period October, 2017, in the total amount of $17,286.34, which this Court has approved after *in camera* reviewing a detailed an itemized billing.   The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: November 10, 2017

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146

1



# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: October, 2017**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---|
| New Fees (DRC 39.6 hours @ $500.00/hr.) | $19,800.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *American Discovery* | $3,356.27 |
| **Total New Charges** | **$23,156.27** |
| Prior Balance | $13,276.30 |
| Payments – Thank You! | $19,146.23 |
| **Total Now Due** | **$17,286.34** |

    s/Julie A. Robinson
_____
Judge Julie A. Robinson