# In the United States District Court
# for the District of Kansas

**United States of America**,
    *Plaintiff,*

v.                                      Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
    *Defendants.*

## Order for Production of Documents and Objects
## Fed. R. Crim. P. 17(b) and (c)

The Federal Public Defender for the District of Kansas seeks a subpoena duces tecum on behalf of the accused under Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence. Based on the motion, this Court finds good cause to issue the subpoena and order the affidavit. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoena.

The clerk shall therefore issue a subpoena duces tecum as detailed below. The United States shall pay the costs and fees associated with this subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is authorized to disburse the necessary funds to pay the costs and fees associated with this subpoena.

Name of person or entity to be subpoenaed:

Corrections Corporation of America/CoreCivic
100 Highway Terrace
Leavenworth, Kansas 66048
Attn: Linda Thomas, Warden

Documents and objects to be produced:

For all documents or information from November 24, 2015 to August 10, 2016:

Any and all records of legal visits conducted by or at the request from or arranged by the Federal Public Defender, District of Kansas (FPD), which records shall identify and include the legal visitor from the FPD, its employees, agents, or hired expert consultants, and the CCA-Leavenworth detainee visited; a calendar of the actual visits which includes the location by attorney-client visitation room number used; and the written log signed by the legal visitors for the visit.

For the FPD, the list of employees and agents of possible legal visitors includes but is not limited to the following persons (this list does not include expert consultants whose visits were arranged by the FPD):

| | |
|---|---|
| Melody Brannon | Kirk Redmond |
| Carl Folsom | Branden Bell |
| Andy McGowan | Paige Nichols |
| Tom Bartee | Tim Burdick |
| Che Ramsey | Laquisha Ross |
| David Magariel | Daniel Hansmeier |
| Steve Gradert | David Freund |
| Tim Henry | Chrystal Krier |
| Cindy Johnson | Francila Blanco |
| Dawn McClinton | Zay Thompson |
| Anthony Scognamillo | Cecilia Wood |

2

Deadline and place for production:

On or before **December 29, 2017**, to the Federal Public Defender's Office, 117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

The subpoena shall further direct the custodian of the subpoenaed records to execute an affidavit that complies with Federal Rule of Evidence 902(11). The affidavit may be drafted by the Federal Public Defender and attached to the subpoena for the records custodian to complete.

IT IS SO ORDERED.

Dated: December 6, 2017

                                        S/ Julie A. Robinson
                                        JULIE A. ROBINSON
                                        CHIEF UNITED STATES DISTRICT JUDGE