**In the United States District Court
for the District of Kansas**

---

**United States of America**,
　　　　　Plaintiff,

v.                                              Case No. **2:16-cr-20032-JAR**

**Lorenzo Black, et al.,**
　　　　　Defendants.

---

**Amended Order for Production of Witnesses
Fed. R. Crim. P. 17(b)**

---

The Federal Public Defender for the District of Kansas seeks one or more subpoenas under Rule 17(b) of the Federal Rules of Criminal Procedure. D.E. 330. Based on the motion, this Court finds good cause to issue the subpoenas, and that each witness is necessary to present evidence relevant to matters before the Court. This Court further finds that the FPD, as movant, cannot pay the costs and fees associated with the subpoena(s).

The clerk shall therefore issue the subpoenas detailed below. The United States shall pay the costs and fees associated with each subpoena. The United States Marshal for the District of Kansas (or a duly appointed deputy) is ordered to serve the subpoenas or arrange for service, at the defense

request, and authorized to disburse the necessary funds to pay the costs and

fees associated with each subpoena.

Names of persons to be subpoenaed:

1.  Tom Beall
    United States Attorney, District of Kansas
    44 S.E. Quincy, Suite 290
    Topeka, Kansas 66683

2.  Emily Metzger
    First Assistant, United States Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas 67202

3.  Debra Barnett
    Criminal Chief, Assistant United States Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas 67202

4.  Kim Flannigan
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

5.  Tris Hunt
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

6.  Christopher Oakley
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

7.  Scott Rask
    Criminal Coordinator, Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

2

8.  Erin Tomasic
    *To be served through counsel:*
    Deatherage, Myers & Lackey, PLLC
    701 South Main Street
    P. O. Box 1065
    Hopkinsville, Kentucky 42241-1065

9.  Lanny Welch
    Assistant United States Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas 67202

10. David Zabel
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

11. Pauletta Boyd
    Litigation Support Specialist
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

12. Dave Steeby
    Systems Manager
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101

Place and time of appearance:

On January 18, 2018 at 9:00 a.m., in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

IT IS SO ORDERED.

Dated: January 3, 2018

            S/ Julie A. Robinson
            JULIE A. ROBINSON
            CHIEF UNITED STATES DISTRICT JUDGE

3