IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.

**LORENZO BLACK,
KARL CARTER,
DAVID BISHOP,
ANTHON AIONO,
ALICIA TACKETT, and
CATHERINE ROWLETTE,**

    **Defendants.**

Case No. 16-CR-20032-JAR

## ORDER

This matter comes before the Court on the Government's Motion to Bifurcate January 18, 2018 Hearing (Doc. 371). The Government moves to limit the January 18 hearing to oral argument on several motions that were pending at the time the Government filed its motion, and to postpone testimony and evidence to a date at least three weeks after the Court issues rulings on the motions. The Court has now ruled on the motions described in the Government's motion.[1] Accordingly, the Court need not hear oral argument on these motions at the January 18 hearing.[2] Furthermore, this hearing has been scheduled for January 18 since November 9, 2017, and the Court finds that good cause does not exist to postpone the presentation of testimony to a

---

[1] Doc. 372.

[2] The Government's Corrected Motion to Quash the Special Master's Subpoena (Doc. 341) and Corrected Motion to Quash Subpoenas Issued by the Federal Public Defender (Doc. 340) remain pending as they relate to the Special Master's order of production and the Special Master and Federal Public Defender's subpoenas *duces tecum*. Compliance with the order of production and subpoenas *duces tecum* has been stayed, and as the Court explained in its January 12 Order, this stay will not be lifted before or during the January 18 hearing. Doc. 372 at 10. However, all parties will be afforded the opportunity to address the Government's motion as it relates to these issues at the January 18 hearing.

later date, particularly given that the Court has resolved the motions described by the Government. Accordingly, the Court denies as moot the Government's motion to bifurcate.

**IT IS THEREFORE ORDERED BY THE COURT** that the Government's Motion to Bifurcate January 18, 2018 Hearing (Doc. 371) is **denied as moot**.

**IT IS SO ORDERED.**

Dated: January 16, 2018

                                         S/ Julie A. Robinson
                                         JULIE A. ROBINSON
                                         CHIEF UNITED STATES DISTRICT JUDGE