# In the United States District Court
# for the District of Kansas

**United States of America**,

        Plaintiff,

v.                                                                            Case No. **16-cr-20032-JAR**

**Lorenzo Black, et al.,**

        Defendant.

## Notice of Invocation of Rights and
## Motion for Protective Order

Last week, the Federal Public Defender for the District of Kansas learned that between 2011 and 2013 CCA-Leavenworth[1] and Securus, Technologies, Inc., recorded 1338 FPD-client calls, despite earlier FPD privatization requests.[2] These recorded calls were not disclosed in this litigation, but rather came to light in the related civil

---

[1] Now re-branded as Corecivic.

[2] *Johnson v. Corecivic, and Securus Technologies, Inc.*, 16-cv-00947, Plaintiff's Consolidated Motion for Class Certification, D.E. 179 at 10; *see also* at 5 (". . . at least 2,134 phone calls were recorded from calls placed to Federal Public Defenders."); at 4 ("Analyzing Corecivic's production of privatizations requests against Securus' CDRs, 203 separate phone calls to a number appearing on the Special Master [David Cohen's] List were recorded after either a Detainee or Attorney had requested privatization or identified themselves as an attorney."); and 6 ("From the Securus privatization reports, 1,627 phone calls were recorded after the first privatization event.").

litigation in the Western District of Missouri, *Johnson v. Corecivic, and Securus Technologies, Inc,* case # 4:16-cv-00947-SRB.[3]

The Federal Public Defender hereby notifies the District of Kansas USAO, the United States Marshal Service, CCA-Leavenworth (CoreCivic), and Securus Technologies, Inc., that all phone calls to the Kansas FPD, regardless of any recorded preamble, is constitutionally and statutorily protected as attorney-client communication and as attorney work-product. Any access to, review of, or production to any other person or entity violates those protections.[4]

Well before 2011, the Federal Public Defender asked CCA to privatize FPD attorney-client phone calls, including calls to our three main phone lines.[5] Having complied with CCA protocol, we understood that CCA phone calls from our clients would not be recorded.

Moreover, CCA was contractually obligated to not record FPD calls. The United States Marshal Service's contract with CCA-Leavenworth mandated free and private calls to the Federal Public Defender.[6] This contract provision was in effect

---

[3] D.E. 179.

[4] U.S. Const. Am. VI; *United States v. Ary*, 518 F.3d 775, 784-85 (10th Cir. 2008).

[5] *Id.* at Exh. SOF (citing Exh. 26, Call Detail Report for Telephone Numbers 316-269-6445; 785-232-9828; 913-551-6712.).

[6] *Id.* at 9 ("As early as 2011, possibly 2009, the USMS contract with Corecivic mandated that calls to Federal Public Defender Offices be free and private.").

before the 2011-2013 calls were recorded, or at least early in the process. It appears that this contract provision was neither honored nor enforced by the USMS. Thus, the USMS could access those calls at the request of the USAO. And we know that USAO requests for calls were often undocumented therefore untraceable.

These recordings still exist, and therefore are potentially available to the prosecution or law enforcement. Whether those calls have already been accessed is not yet known; Securus should have a record of this activity and the FPD intends to pursue this information at first opportunity.[7]

For now, the FPD asks this Court to prohibit, effective immediately, the USAO and it agents from requesting or accessing recorded FPD client calls through CCA-Leavenworth (now Corecivic); Securus Technologies, Inc.; Praeses, LLC;[8] or any third party that may have access to the protected communications.[9]

---

[7] Each of the facts asserted above are taken from D.E. 179 in the civil case, and are supported by discovery produced in that case. The FPD has obtained some of the discovery, however as of this filing, much of it is either redacted or still under protective order. The FPD intends to file a motion asking for any other information relevant to the litigation and investigation in this and related cases.

[8] Praeses, LLC, provides a third-party platform for accesses calls recorded by Securus Technologies.

[9] The FPD has provided the USAO a list of FPD phone numbers.

Respectfully submitted,

s/ Melody Brannon_____
Melody Brannon, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## Certificate of Service

   I hereby certify that on June 4, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon_____
Melody Brannon

4