IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LORENZO BLACK, et al.,

    Defendants.

Case No. 16-20032-JAR

## ORDER

This matter comes before the Court on the Federal Public Defender's ("FPD") Motion for Access to Special Master's Investigation (Doc. 491). The FPD asks the Court to allow the Special Master to provide to the FPD copies of information he obtained during his investigation. The FPD contends that this information is necessary to identify defendants in the District of Kansas who may be entitled to post-conviction relief based on Sixth Amendment claims related to issues raised in this case. Specifically, the FPD asks the Court to allow the Special Master to provide (1) copies of all records of legal or professional visitations to inmates at the CoreCivic (formerly "CCA") Leavenworth Detention Facility between February 20, 2016 and May 16, 2016, and (2) copies of written requests by the United States Attorney's Office or the United States Marshals Service to CoreCivic for recorded phone calls.

The FPD states that the Government does not oppose the FPD's motion. Further, the Court finds that the requested materials may assist the FPD in identifying defendants who may have viable claims related to issues in this case. Thus, for good cause shown, and because the motion is unopposed, the Court grants the FPD's Motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the FPD's Motion for Access to Special Master's Investigation (Doc. 491) is **granted**. The Special Master is directed to

release to the FPD (1) copies of all records in his possession of legal or professional visitations to inmates at the CoreCivic (formerly "CCA") Leavenworth Detention Facility between February 20, 2016 and May 16, 2016, and (2) copies in his possession of written requests by the United States Attorney's Office or the United States Marshals Service to CoreCivic for recorded phone calls.

**IT IS SO ORDERED.**

Dated: June 14, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE
