# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE**<br><br>  **Defendants.** | Case No. 16-20032-JAR |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period May, 2018, in the total amount of $58,069.66, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: June 15, 2018

S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146

1



24400 Chagrin Blvd., Suite 300<br>
Cleveland, Ohio 44122<br>
Telephone: 216.831.0001<br>
Facsimile: 866.357.3535<br>
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: May, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 75.6 hours @ $600.00/hr.) (BB 4.0 hours @ 150.00/hr.) | $45,960.00 |
| New Expenses *DRC* | $3,029.88 |
| New Expenses *VanBebber* | $4,725.00 |
| New Expenses *American Discovery* | $4,354.78 |
| **Total New Charges** | **$58,069.66** |
| Prior Balance | $6,318.67 |
| Payments – Thank You! | $6,318.67 |
| **Total Now Due** | **$58,069.66** |

 

s/Julie A. Robinson
_____
Judge Julie A. Robinson