# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
            *Plaintiff,*

**v.**                                    Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK, et al.,**
            *Defendants.*

---

## MOTION FOR PRODUCTION OF WITNESSES
## PURSUANT TO FED. R. CRIM. PROC. 17(b)

---

Melody Brannon, undersigned counsel, asks the Court, pursuant to subsection (b) of Rule 17 of the Federal Rules of Criminal Procedure, for authority to subpoena the following witness in the above-captioned case:

> Warden Linda Thomas
> Corrections Corporation of America/CoreCivic
> 100 Highway Terrace
> Leavenworth, Kansas 66048

Warden Thomas should bring the following:

> Any contracts, addenda, supplements, or other agreements between the USMS and CCA/CoreCivic that addresses the recording of phone calls to any federal public defender office.

Place and time of appearance:

> On **July 18, 2018 at 9:00 a.m.**, in Courtroom No. 427 of the Kansas City, Kansas Courthouse.

## Basis for Subpoenas

Warden Thomas previously testified in this case; subsequently, a portion of her deposition in *Crane v. Corrections Corporation of America, WDMO Case No. 16-cv-00947-SRB*, was obtained. This deposition raises questions about the completeness and accuracy of Warden Thomas's testimony before this Court.

Additionally, the FPD was made aware that a supplemental provision to the national contract between the USMS and CCA explicitly required CCA to refrain from recordings any FPD phone calls, regardless of the location of the FPD office or any action or request from a particular FPD office. This provision has not been disclosed or discovered in the course of the instant litigation.

## Conclusion

The Federal Public Defender Office operates under the Criminal Justice Act, providing representation to defendants that have been determined indigent and financially unable to pay the fees and expenses for the procurement and production of said witness. The witness requested in this Rule 17(b) motion is necessary to litigate the pending issues.

WHEREFORE, counsel asks the Court for an order directing that a subpoena be issued for the above-named witness; that the costs incurred for

the procurement and production of said witness be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the Evidentiary Hearing on July 18, 2018, at 9:00 a.m.

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785)-232-9828,
Fax: (785)232-9886
E-mail: melody_brannon@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.


s/ Melody Brannon
Melody Brannon