Government
Exhibit
47
16-20032-JAR

# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:16-cv-00947-SRB |
| | ) | |
| CORECIVIC et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ROGER D. MOORE, JR.

I, Roger D. Moore, Jr., state and declare as follows:

1. I am employed by CoreCivic as the Chief of Security. I have personal knowledge of the facts set forth herein.

2. I am familiar with the intake and orientation procedures at Leavenworth Detention Center ("LDC") from August 2013 through the present. When inmates arrived at LDC, they went through an intake process ("Intake"). During Intake, LDC used written materials to facilitate and document the arrival and initial intake of inmates, including: (a) the Receiving & Discharge Checklist ("Checklist"); (b) a form entitled Monitoring of Inmate/Detainee Telephone Calls ("Monitoring Consent Form"); and (c) the Inmate Handbook.

3. The Checklist detailed the information and items CoreCivic provided to each inmate during Intake. For each inmate's Checklist, the information and items were checked off as provided to the inmate, and both the inmate and CoreCivic signed and acknowledged that the inmate received the items and information. One of the items on the Checklist was titled "Telephone Calls." Before checking this item on the Checklist, CoreCivic personnel verbally explained to each inmate that all telephone calls made from telephones provided in the cell pods were recorded. A true and correct copy of the Checklist is attached hereto as **Exhibit A**.

64547626.1

1

4.    Additionally, the Monitoring Consent Form received by and explained to inmates during Intake specifically notified inmates that their telephone calls were subject to recording and monitoring and that, by using the telephones, the inmates consented to the monitoring and recording of the telephone calls. More specifically, the Monitoring Consent Form stated:

> Corrections Corporation of America reserves the authority to monitor (this includes recording) conversations on any telephone located in its institutions, said monitoring to be done to preserve the security and orderly management of the institution and to protect the public. An inmate's use of institutional telephones constitutes consent to this monitoring. A properly place phone call to an attorney is not monitored. You must contact your unit team to request an unmonitored attorney call.

> I have read or had read to me (cross out one) the above notification on the monitoring of inmate telephone calls. I understand that telephone calls I make from institution telephones may be monitored and recorded.

A true and correct copy of the Monitoring Consent Form is attached hereto as **Exhibit B**.

5.    While explaining the Telephone Calls to inmates during Intake, CoreCivic informed inmates that the process for making unmonitored and unrecorded telephone calls to their attorneys was set forth in the Inmate Handbook, which inmates were advised to read and was further explained during the orientation process. The Inmate Handbook received by inmates during Intake contained a section entitled "Inmate Telephone System" that explained the process to place an unrecorded and unmonitored telephone call to an attorney. The Inmate Handbook stated that "[t]elephone conversations may be monitored and are recorded for security reasons."

6.    In addition to the initial Intake procedures, inmates at LDC attended an orientation. During orientation, CoreCivic verbally advised inmates that all of their calls from the telephones located in the cell pods (also referred to as the "Dayroom Telephones") would be recorded and may be monitored unless their attorneys requested that their numbers be placed on the do not record list.

2

64547626.1

7.      Prior to October 2016, CoreCivic advised inmates during orientation that the process for having an unrecorded and unmonitored telephone call with an attorney was set forth in the Monitoring Consent Form. Inmates were informed that an inmate could place a phone call from a staff member's office that was not subject to monitoring and recording. Inmates were further advised that, alternatively, their attorneys could send a fax on their letterhead to LDC requesting that calls to the attorney's telephone number not be recorded or monitored.

8.      In addition, beginning in October 2016, CoreCivic began allowing inmates themselves to request privatization of their attorney's telephone numbers. In particular, from late-October 2016 forward, CoreCivic advised inmates that, in addition to the earlier methods, they could request privatization of their attorney's phone number by completing and submitting an Attorney Verification Form with the name, telephone number, and address of their attorney. The Attorney Verification Form provided as follows:

> Attorney telephone calls can be placed through the inmate telephone system. Telephone calls between inmates and their attorneys are privileged and should not be recorded or monitored.  To ensure attorney telephone calls placed on the inmate telephones in the units are not recorded and monitored, inmates must submit all attorney telephone numbers for authorization.  *The attorney information will be verified for accuracy.*  If the attorney telephone number is verified as a valid attorney, the attorney telephone number will be marked within the inmate telephone system as "privileged/do not record."

A true and correct copy of the Attorney Verification Form is attached hereto as **Exhibit C**.

9.      The Attorney Verification Forms were provided in the cell pods along with other forms routinely used by inmates while in custody. CoreCivic generally used a company named Praeses to verify that the telephone number given on an Attorney Verification Form belonged to the identified attorney. If the attorney's telephone number could be verified, absent human error, the number was added to the privatization list and the inmate was notified accordingly.

3

64547626.1

10.     During orientation, CoreCivic further informed inmates that the Inmate Handbook

detailed the process for privatizing an attorney's number. In the Inmate Handbook, it states:

> Your attorney may request of our facility that calls to their office not be recorded
> to ensure Attorney/Client privilege.  They may request this by way of sending
> CCA/LDC a fax on their letterhead.   This request must include contact
> information and signature.  They may fax it to (973)727-2231.  **IT IS YOUR**
> **RESPONSIBILITY TO ENSURE THAT YOUR ATTORNEY IS AWARE**
> **OF THIS PROCEDURE; THEIR TELEPHONE CALLS ARE SUBJECT**
> **TO BEING RECORDED IF THEY DO NOT REQUEST THEY BE**
> **RESTRICTED.**

11.     In addition to the information provided at intake, at orientation, and in the

Monitoring Consent Form and Inmate Handbook, there were also signs posted at LDC on the

wall above each of the cell pod phones   stating that: "ALL CALLS MAY BE

RECORDED/MONITORED". Placards also appeared on each of the cell pod phones stating

that: "ALL CALLS MAY BE RECORDED/MONITORED." And since late October 2016,

notifications were posted in the cell pods advising inmates that they could complete and submit

an Attorney Verification Form to privatize their attorney's phone number.

12.     When an inmate placed a telephone call that was subject to recording and/or

monitoring, a pre-recorded message was played for the inmate before the call connected to the

receiving party that stated: "This call is subject to recording and monitoring." If the telephone

number called by the inmate was an attorney's number that had been privatized and was not

being recorded or monitored, no pre-recorded message advising about recording and monitoring

was played to be heard by the inmate. Instead, the pre-recorded message played did not say

anything about or refer to the call being recorded or monitored. After the pre-recorded message

was played for the inmate, the inmate was placed on hold while the call connected to the

receiving party.

64547626.1

13.     When a call was placed to a non-privatized telephone number, the following pre-recorded message was heard by the receiving party before the call was connected and while the inmate was on hold:

> Hello, this is a prepaid collect call from (insert name recording), an inmate at CCA Leavenworth Detention Center. This call is subject to recording and monitoring. To accept charges press 1. To refuse charges press 2. If you would like to permanently block your number from receiving calls from this facility, press 6. Thank you for using Securus, you may start your conversation now.

After this pre-recorded message played, the receiving party (whether a non-attorney or an attorney whose number was not privatized) would then be required to affirmatively accept or reject the telephone call before being connected. When a telephone call was placed to an attorney whose telephone number had been privatized, the pre-recorded message played did not state that the call was subject to recording and monitoring.

14.     In order to ensure safety, security, and order at its facility, LDC also implemented a policy to silently record video of certain meeting rooms at LDC. Meeting rooms 1 through 9 were, at various times, used for meetings between attorneys and their clients detained at LDC during the relevant time period. When attorneys and inmates met in those meeting rooms, there was no separating wall or plexiglass between the attorney and the inmate. Prior to August 10, 2016, CoreCivic conducted video monitoring and/or recording of meetings in meeting rooms 3 through 9, but not audio. The cameras in these meeting rooms were contained in "bubbles," and were not capable of panning, tilting or zooming in on the participants in the meeting or any documents. Because the meeting rooms at issue did not have windows, the silent video monitoring and/or recording was needed to supervise and ensure the safety of meeting participants. Such silent video recordings are recorded on a loop and overwritten on a thirty- to sixty-day cycle and are only maintained in the ordinary course of business and separately if pulled and saved for an internal investigation.

64547626.1

15.     I understand that due to human oversight, calls to Plaintiff's telephone numbers were not privatized in August 2016 when requested by letter. The approximately seven calls to Plaintiff from LDC inmates that were subsequently recorded were never used or disclosed by CoreCivic to any third party.


Pursuant to 42 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20 of July, 2018.

Roger D. Moore, Jr.

# EXHIBIT A

## RECEIVING & DISCHARGE CHECKLIST

| Inmate/Resident Name:<br>Nombre del Detenido: | | Imate/Resident #:<br>Numero del Detenido: | |
|---|---|---|---|

### RECEIVING CHECKLIST:

[ ] Verification of Commitment Papers
[ ] Searched at Intake
[ ] Shower at Intake
[ ] Issue of Clean, laundered clothing
[ ] Disposition of all monies at intake
[ ] Medical, dental, mental health screening
[ ] Assignment of CCA Number
[ ] Personal Property Inventoried (copy given to inmate/resident)

[ ] Assignment to a Housing unit
[ ] Photograph/I.D. Card
[ ] Classification Booking Sheet
[ ] Hygiene items Issued
[ ] Explanation of Mail and Visiting Procedures
[ ] Issue of Lock (if applicable)
[ ] Telephone Calls
[ ] Other:

[ ]: BY SIGNING BELOW, I ACKNOWLEDGE RECEIVING AN INMATE/RESIDENT HANDBOOK ON THIS DATE.

[ ]: POR MI FIRMA, YO RECIBO UN MANUAL POR DETENIDOS EN ESTE DIA.

Inmate/Resident Signature/Firma del Detenido     Date/Fecha

_____

Receiving Officer (Signature)

_____

### VOLUNTARY WORK RELEASE

As a pre-trial or un-sentenced detainee, I understand that I may not be compelled to work other than to perform housekeeping tasks in my own cell and the community living area. I would like to volunteer for work assignments in addition to my housekeeping tasks. I am aware that I will be working with inmates/residents who are serving a sentence for convictions of crimes. By signing below I am volunteering to participate in work assignments.

### LIBERACION VOLUNTARIA DE TRABAJO

Como un detenido antes de prueba o sin sentencia, yo entiendo que no puedo ser obligado a trabajar en ninguna area nada mas que sea la limpieza de mi propia celda y el area comun. Me gustaria ser voluntario para asignaciones de trabajo junto de mi tarea de limpieza de mi celda. Yo estara trabajado con presos que estan cumpliendo su sentencia por convicciones de crimen. Por mi firma abajo yo de voluntario quiero participar en asignaciones de trabajo.

Inmate/Resident Signature/Firma del Detenido     Date/Fecha

_____

### DISCHARGE CHECKLIST:

[ ] Verification of identity of inmate/resident
[ ] Return of all Inmate/resident personal property (if any)
[ ] Completion of all pending actions with CCA
[ ] Return of all inmate/resident funds (if any)

[ ] Verification of proper release authority
[ ] Return of all CCA issued property
[ ] Inmate/resident received all release paperwork
[ ] Other:

Discharging Officer (Signature)     Date/Fecha

_____

Inmate/Resident (Signature)/Firma del Detenido

**Property of Corrections Corporation of America**

Revised: 11/29/2005

Exhibit # 28
Date: 4-20-18
Thomas

CoreCivic008197

To:   All Inmates
Fr:   Unit Management
Date: All Inclusive
Re:   Prison Rape Elimination Act

It is required that we inform you of our policy and the elements involving sexual abuse, misconduct, harassment, and rape.

At our facility, we monitor and counsel inmates that have an obvious potential for being taken advantage of sexually. We also monitor and counsel inmates that have a history of being sexual predators. We do this in the interest of identifying potential aggressors and protecting potential victims.

If you are a victim of any sexually related offense <u>you must let us know</u>, regardless if it was by a staff member or another inmate. You can inform <u>any</u> staff member of your assault. Any report of alleged sexual misconduct will be taken seriously and an investigation will immediately begin. You will be provided medical treatment and offered psychological counseling. Disciplinary measures against the offending individuals will be enforced along with any criminal charges that may apply.

If you have any questions about this, please ask your Case Manager or Unit Team member.


Inmate Name:      _____

Inmate Number: _____

Signature:          X_____

Date:                _____

CoreCivic008198

## LEAVENWORTH DETENTION CENTER
## INMATE/DETAINEE COMMITMENT SUMMARY

### CHARGE INFORMATION

| CASE NUMBER | OFFENSE DATE | OFFENSE | OFFENSE CODE |
|---|---|---|---|
| 0 | | WEAPON OFFENSE (USE THE MIS FIELD TO FURTHER DESCRIBE OFFENSE) | USMS-5299 |
| GRADE | DEGREE | DISPOSITION | SENTENCE DATE |
| | | | |
| MINIMUM DATE | MAXIMUM DATE   DISCHARGE DATE   EFFECTIVE DATE | | OFFENDER TRACKING # |

_____               _____
SUPERVISOR (SIGNATURE)                              INMATE/DETAINEE (SIGNATURE)

CoreCivic 000199
Page 11 of 12

## LEAVENWORTH DETENTION CENTER
## RECEIVING & DISCHARGE CHECKLIST

| Inmate/Resident Name:<br>Nombre del Detenido: | | Inmate/Resident #:<br>Numero del Detenido: | |
|---|---|---|---|

### RECEIVING CHECKLIST:

[ ] Verfication of Commitment Papers
[ ] Searched at intake
[ ] Showered at intake
[ ] Issue of Clean, laundered clothing.
[ ] Disposition of all monies at intake
[ ] Medical, dental mental health screening
[ ] Assignment of Corecivic Number
[ ] Personal Property Inventoried (copy given to inmate resident)
[ ] PREA Pamphlet

[ ] Assignement to a Housing unit
[ ] Photograph/I.D. Card
[ ] Classification Booking Sheet
[ ] Hygiene Items Issued
[ ] Explaination of Mail and Visiting Procedures
[ ] Issue of Lock (if applicable)
[ ] Telephone Calls
[ ] Other: _____

**[ ] INMATE/RESIDENT HANDBOOK ACKNOWLEDGMENT:** BY SIGNING BELOW, I ACKNOWLEDGE RECEIVING AN INMATE/RESIDENT HANDBOOK ON THIS DATE.
**[ ] ACUSE DE RECIBO MANUAL POR DETENIDOS:** POR MI FIRMA, YO RECIBO UN MANUAL POR DETENIDOS EN ESTE DIA.

_____
Inmate/Resident Signature/Firma del Detenido          Date/Fecha

_____
Receiving Officer (Signature)

### VOLUNTARY WORK RELEASE
As a pre-trial or un-sentenced detainee, I understand that I may not be compelled to work other than to perform housekeeping tasks in my own cell and the community living area. I would like to volunteer for work assignments in addition to my housekeeping tasks. I am aware that I will be working with inmates/residents who are serving a sentence for convictions of crimes. By signing below I am volunteering to participate in work assignments.

### LIBERACION VOLUNTARIA DE TRABAJO
Como un detenido antes de prueba o sin sentencia, yo entiendo que no puedo ser obligado a trabajar en ninguna area nada mas que sea la limpieza de mi propia celda y el area comun. Me gustaria ser voluntario para asignaciones de trabajo junto de mi tarea de limpieza de mi celda. Yo estara trabajado con presos que estan cumpliendo su sentencia por convicciones de crimen. Por mi firma abajo yo de voluntario quiero participar en asignaciones de trabajo.

_____
Inmate/Resident Signature/Firma del Detenido          Date/Fecha

### DISCHARGE CHECKLIST:

[ ] Verfication of identity of inmate/resident
[ ] Return of All inmate resident personal property (if any)
[ ] Completion of all pending actions with Corecivic
[ ] Return of all inmate/resident funds (if any)

[ ] Verfifcation of proper release authority
[ ] Return of all Corecivic issued Property
[ ] Inmate/resident received all release paperwork
[ ] Other: _____

_____
Discharging Officer (Signature)          Date/Fecha

_____
Inmate/Resident (Signature)/Firma del Detenido

**Property of Corecivic**

Revised: 11/29/2005

## DISPOSITION OF NON-ALLOWABLE PROPERTY

14-6A

| Inmate/Resident Name: | | Inmate/Resident Number: | |
|---|---|---|---|
| Staff Name/Title: | | Date: | |

**MEDICATION** (all medications are to be forwarded to Health Services)

| Med Name | | Staff Signature | |
|---|---|---|---|
| Med Name | | | |

**MONIES** (all US monies are to be forwarded to the Business Office)
Note: Two signatures required if amount is over twenty-five dollars ($25.00).

| Amount of Money (US Currency) | $ . | Staff Signature(s): | |
|---|---|---|---|

Pursuant to Corecivic Policy 14-6, I understand that I have thirty (30) calendar days to decide the disposition of all non-allowable property. I have indicated below the manner in which I choose to dispose of such property. I further understand that failure to pick up, by either a visitor or charity or any returned items in the mail will give Corecivic the right to dispose or destroy the property.

| NON-ALLOWABLE PROPERTY | QTY | DISPOSED HOW | DATE |
|---|---|---|---|
| SHIRT | 1 | USED - SERVICEABLE | |
| SWEATPANTS | 1 | USED - SERVICEABLE | |
| BOXERS | 1 | USED - SERVICEABLE | |
| SOCKS | 1 | USED - SERVICEABLE | |

**PICK-UP:** (Must be approved by the Warden/ Administrator or designee)

| Recipient's Name: | | | |
|---|---|---|---|
| Date of Pick up: | | Time: | |
| Signature of Recipient: | | Date: | |
| Staff Witness Signature : | | Date: | |

**MAIL OUT** (inmate/resident expense):

| Name: | | | |
|---|---|---|---|
| Street Address: | | | |
| City / State: | | Zip Code: | |
| Day Mailed Out: | Staff Use Only: | Staff Signature: | |
| Cost: | | | |

**DONATE**

| Date Donated | Donated To: | Staff Signature |
|---|---|---|
| | | |

**DESTROY:**

| Date Destroyed: | |
|---|---|
| Destroying Staff Signature: | |
| Witnessing Staff Signature: | |

Inmate/Resident Signature: _____    Date: _____

Staff witness signature / Title: _____    Date: _____

### PROPERTY OF CORRECTIONS CORECIVIC

White: Property File
Yellow: Inmate/Resident
Pink: Mailroom (if items mailed out)/Business Office

03/07

14-6CC

## Facility Issued Property Receipt

| FACILITY: | LEAVENWORTH DETENTION CENTER | | |
|---|---|---|---|
| Inmate/Resident Name: | | | |
| Inmate/Resident Number: | | Date: | |

Prior to issuance of facility owned property, the issuing officer shall ensure that all issued items are either new or in good repair and clean.  In addition, clothing articles shall be of a size that is comparable to the inmate's/resident's size.

Pant Size:             Underwear Size:            Shoe Size:

Shirt Size:             Coat Size:

| ITEM | QTY | ISSUE DATE | CONDITION | | | RETURN DATE | RETURN CONDITION | |
|---|---|---|---|---|---|---|---|---|
| BLANKET | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| COMB | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| COMBINATION LOCK | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| LAUNDRY BAG | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| MATTRESS | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| PANTS 1 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| PANTS 2 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| PILLOW | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| PILLOW CASE | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHEETS 1 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHEETS 2 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHIRT 1 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHIRT 2 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHOES | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHORTS 1 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHORTS 2 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHORTS 3 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHORTS 4 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHORTS 5 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHORTS 6 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SHORTS 7 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOAP | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOCKS 1 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOCKS 2 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOCKS 3 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOCKS 4 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOCKS 5 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOCKS 6 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| SOCKS 7 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| TOOTHBRUSH | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| TOOTHPASTE | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| TOWEL 1 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| TOWEL 2 | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |
| WASHCLOTH | 1 | 10/20/2017 | ☐ New | ☐ | Used | | ☐ Acceptable | ☐ Damaged |

All issued clothing and linens must be returned at the time of release/transfer.  Inmates/residents are responsible for facility issued property and shall not destroy, modify, trade, or throw them away.  Facility issued clothing, bedding, linens, etc. shall not be used in any other manner other than its designed purpose.  Failure to abide by these rules and regulations is grounds for disciplinary action and/or monetary restitution.  Identification (ID) badges/wristbands must be kept on person at all times.  By signing below, I acknowledge receipt of the above items.

| INMATE/RESIDENT SIGNATURE: | | DATE: | |
|---|---|---|---|
| ISSUING OFFICER SIGNATURE: | | DATE: | |
| ISSUING OFFICER NAME/TITLE (PRINTED): | | | |

## PROPERTY OF CORECIVIC

Original: Property File
CC: Inmate Resident

03/07

# ALLOWABLE PERSONAL PROPERTY INVENTORY/RECEIPT    14-6BB

| FACILITY: | LEAVENWORTH DETENTION CENTER | | DATE: | |
|---|---|---|---|---|
| Inmate/Resident Name: (last, first, mi) | | | Number: | |

REASON FOR INVENTORY:

☐ Reception / Admission (initial)   ☐ Housing Re-assignment (i.e., seg, medical observation)   ☐ Incoming Package/Commissary

☐ Extended Absence (exit) (i.e., court, hospital admission, etc)   ☐ Extended Absence (return) (i.e., court, hospital admission, etc)   ☐ Release   ☐ Transfer

☐ Other: _____

| ITEM | Quantity | Color | Condition | Style |
|---|---|---|---|---|
| TENNIS SHOES | 1 | BLK | USED - SERVICEABLE | |

I acknowledge that I am responsible for all personal property recorded on my property form to include additions and deletions as well as property issued by the contracting agency and that the facility will only accept the responsibility for items inventoried and secured by facility staff.
I further understand that the property form, including any additions, is considered to be the complete accounting of personal property in my possession. As other items will be considered contraband and disposed of in accordance with the current procedures "Control of Contraband". I am subject to disciplinary action for possession of contraband.
I realize that I bring any (authorized) personal property into the facility at my own risk.

Inmate/Resident (Print): _____   Signature: _____

Inventory Staff (Print): _____   Signature: _____

Supervisor (Print): _____   Signature: _____

Original: Property File
CC: Inmate/Resident

**PROPERTY INVENTORY / RECEIPT**

*Page 1 of 1*                03/07

## LEAVENWORTH DETENTION CENTER

## PROPERTY DISCLAIMER

Having been allowed to have in my possession certain articles of my own personal property, I am aware that I am responsible for such articles.  I hereby relieve Corecivic of any responsibility for my personal property and will not hold them responsible for any loss or damage sustained that cannot be directly attributed to Corecivic.

To minimize the chance of damage or theft of my personal property, I am aware that I should notify the pod officer to lock my room door when I leave the pod. If I reside in a dorm, I will keep my property locker/closet secured at all times.

If I choose to acquire personal property valued above the maximum reimbursable amount designated by the Warden/Administrator, then I do so at my own risk. I understand that a claim for such property, if found valid, will still only result in the maximum reimbursable amount set by the Warden/Administrator for reimbursement.

I am also fully aware that should I ever abandon any of my personal property, Corecivic will have full authority to dispose of that property in a manner of their choosing.

**Should Corecivic elect to have my property mailed out or picked up by a friend or family member, I am designating that the following individual be contacted:**

Name: _____

Address: _____

_____

City: _____ State: _____ Zip Code: _____

Telephone Number: _____

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

Inmate Resident Signature: _____

ID Number: _____ Date: _____

Staff Witness: _____ Date: _____

## LEAVENWORTH DETENTION CENTER

## MONITORING OF INMATE/DETAINEE TELEPHONE CALLS

Inmate Name: _____     AGENCY #:

Corecivic reserves the authority to monitor (this includes recording) conversations on any telephone located within its institutions, said monitoring to be done to preserve the security and orderly management of the institution and to protect the public. An inmate's use of institutional telephones constitutes consent to this monitoring. A properly placed phone call to an attorney is not monitored. You must contact your unit team to request an unmonitored attorney call.

I have read or had read to me (cross out one) the above notification on the monitoring of inmate telephone calls. I understand that telephone calls I make from institution telephones may be monitored and recorded.

Signature of Inmate Detainee: _____     Date: _____

Printed Name of Staff Member: _____

Signature of Staff Member: _____     Date: _____

CoreCivic 008205 of 12

## LEAVENWORTH DETENTION CENTER

### INMATE/DETAINEE MAIL

Inmate Name: _____     AGENCY #: _____

The staff of each institution of Corecivic has the authority to open all mail addressed to you before it is delivered to you. "Special Mail" (mail from the President and Vice President of the U.S., Attorneys, Members of the U.S. Congress, Embassies and Consulates, the U.S. Department of Justice (excluding the Bureau of Prisons but including U.S. Attorneys), other Federal Law enforcement officers, State Attorney General, Prosecuting Attorneys, Governors, U.S. Courts, (including U.S. Probation Officers and State Courts) may be opened only in your presence to be checked for contraband.  This procedure occurs only if the sender adequately identifies himself or herself on the envelope and the front of the envelope is marked "Special Mail-Open only in the presence of the inmate."  Other mail may be opened and read by the staff.

Signature of Inmate Detainee: _____   Date: _____

Printed Name of Staff Member: _____

Signature of Staff Member: _____   Date: _____

PPD_____, RN_____, MH_____, Meds_____ ,Note_____, Allergies _____, Transfer _____

Name:_____

Number:_____

Date:_____

# Leavenworth Detention Center

## Intake Teaching Packet

### English

- Hepatitis
- HIV/AIDS
- Tuberculosis
- Dental Hygiene
- Rights and Responsibilities
- Pain Control

Signature:_____

Witness:_____

CoreCivic008207

Leavenworth Detention Center
Medical Department

### HEPATITIS "B" & "C"

THE DISEASE

Hepatitis means inflammation of the liver.  Hepatitis B & C, both are viral infections, and are two of multiple causes of hepatitis.  Most people with hepatitis B & C recover completely, but approximately 5-50% become chronic carriers; 1-2% die of fulminate hepatitis.  In the group of chronic carriers, many have no symptoms and appear well, yet can transmit the virus to others.  Others may develop a variety of symptoms and liver problems varying from mild to severe (chronic persistent hepatitis, chronic active hepatitis, cirrhosis and liver failure).

SIGNS & SYMPTOMS OF HEPATITIS B & C

Initial signs and symptoms are low-grade fever, loss of appetite, nausea, vomiting, fatigue, malaise, muscle and joint pain, and headache.  Later these signs and symptoms can progress to dark urine, clay colored stool and jaundice (yellowing of the skin and sclera).

TRANSMISSION OF HEPATITIS B & C

Hepatitis B & C virus can be transmitted by contact with body fluids including blood (including contaminated needles), semen, tears, saliva, urine, breast milk and vaginal secretions.  Correctional detainees and inmates are at high rates of acquiring Hepatitis B & C because of the potential of contact with blood or other body fluids.  If you feel you are at risk, or need more information, please do not hesitate to contact the medical department at this facility.

### AIDS
#### How to reduce your risk

What is AIDS?

AIDS (acquired immunodeficiency syndrome) is a disease caused by a virus called HIV (Human Immunodeficiency Virus).  HIV attacks the body's immune system.  A healthy immune system is what keeps you from getting sick.  When people have AIDS, their bodies can't fight disease.  They get sick easily and have trouble getting well.  They usually die of an infection or cancer.

How do people get HIV?

HIV can only be passed from person to person through body fluids, like blood, semen and vaginal fluid. The most common ways HIV is passed are:

- By having unprotected anal, vaginal or oral sex with an infected person.
- By sharing needles and syringes with an infected person.
- Children born to infected mothers can also become infected during pregnancy.

What contact is safe?

HIV can't live very long outside the body, so you can't get it through casual contact.  You can't get the virus by touching, shaking hands, hugging, swimming in a public pool, giving blood or using hot tubs,

1

CoreCivic008208

public toilets, telephones, doorknobs or water fountains. You also can't get HIV from food, mosquitoes or other insects.

Should I be tested for HIV?

You should think about getting tested for HIV infections if you think you're at risk. Most HIV antibody tests done by your doctor are accurate if they are done 3 to 6 months or longer after you think you may have been infected. It takes this long for the antibodies to show up in the blood.

Are there HIV tests I can do at home?

You can buy home HIV test kits at drug stores and pharmacies. Home tests offer the advantage of privacy and anonymity. However, they are expensive and may not be covered by most health insurance plans.

Should I use a home test or see my doctor?

Your doctor is concerned about you, your health and your privacy. If your lifestyle leads you to believe that you have HIV, you should see your doctor. He or she will help you decide if you should be tested and will give you the support you need before and after the test. You don't get this type of support with home tests. However, if you are afraid to talk with your doctor about HIV or be tested even though you may be at risk, then a home test may be a good idea. If the test result is positive, you should see your doctor right away. Remember one negative test is not a guarantee that you don't have HIV or won't get it in the future. You should talk to your doctor and learn about ways to protect yourself from getting infected.

How can I avoid getting HIV?

The best ways to protect you from getting infected with HIV are to:

- Not have sex with a person who is infected or is having sex with others.
- Practice "safer" sex if you do have sex.
- Not share needles and syringes.

You can't tell who is infected with HIV by how they look. It takes an average of 8 years for symptoms of AIDS to develop after a person is infected with HIV. So even people who don't look or feel sick can give you AIDS.

What is "safer" sex?

The "safest" sex is no sex, or abstinence. If you are having sex, "safer" sex is sex between two people who don't have HIV infection, only have sex with each other and don't abuse injectable drugs. "Safer" sex also means using condoms if you have any doubts about whether he or she is having sex with someone else. Use male latex condoms every time you have sex. If a man doesn't want to use a male condom, use a female condom. Female condoms may not be as effective as male condoms, but they offer some protection. Never let someone else's blood, semen, urine, vaginal fluid or feces get into your anus, vagina or mouth.

What's the right way to use condoms?

Using condoms the right way is important to make sure you are protected. Latex condoms should be used during all sex acts, including anal, vaginal and oral sex. For oral sex on women, she can use a condom split lengthwise to place between her body and her partner's mouth. Using contraceptive creams, foams or jellies with the spermicide (sperm killer) called nonoxynol-9 along with a latex condom may improve your protection. This spermicide may kill HIV as well as sperm. The spermicide works best when put in the vagina too, rather than just on the condom. Use only water-based lubricants (such as K-Y jelly) with condoms. Oil-based lubricants, such as petroleum jelly (such as Vaseline), baby oil or lotions, cause the rubber in condoms to break.

2

CoreCivic008209

What if I share needles?

The best decision for your health is to get help for your drug abuse.  If you do share needles and syringes clean them twice with bleach into the syringe and needle, then squirt it out.  Do the same with water.  Do both steps again.
For more information about AIDS, contact the Centers for Disease Control and Prevention National AIDS Prevention Hotline at 1-800-342-2347.


## TUBERCULOSIS
### The meaning of a positive test

What does it mean if I have a positive test?

The most commonly used skin test to check for tuberculosis is the PPD.  If you have a positive PPD, it means you have been exposed to a person who has tuberculosis and you are now infected with the bacterium that causes the disease.

Do I have tuberculosis if I have a positive PPD test?

Not necessarily.  A person can be infected with the bacterium that causes tuberculosis and not have tuberculosis disease.  Many people are infected with the bacteria that causes tuberculosis, but only a few people (about 10%) go on to develop the disease.  People who have the disease are said to have "active" tuberculosis.  Healthy people who get infected with the tuberculosis bacteria are able to fight off the infection and do not get tuberculosis disease.  The bacteria is dormant (inactive) in their lungs.  If the body is not able to fight off the infection and the bacterium continues to grow, active tuberculosis develops.

Would I know if I developed active tuberculosis?

You might not know that you have active tuberculosis.  Tuberculosis bacteria can grow in your body without making you feel sick.  However, most people with active tuberculosis don't feel well.  People with tuberculosis feel tired and have a cough that won't go away.  They may also lose weight, or have a fever, or break out in a sweat in bed (called "night sweats").  They may have trouble breathing.  If you have active tuberculosis, you will have to get regular checkups and chest x-rays for the rest of your life to make sure you stay free of disease, even after you have taken tuberculosis medicine.

Does a positive test mean that I can give tuberculosis to someone else?

Not necessarily.  After you have a positive PPD skin test, you must have a chest x-ray and physical exam to make sure that you don't have active disease and that you're not contagious (able to spread the disease).  It usually takes only a few days to tell whether you're contagious.  Most people with a positive skin test aren't contagious.

What will I have to do if my test is positive?

To be sure that you remain healthy, your doctor may recommend that you take medicine for 6 months to kill the tuberculosis infection.  If you don't take the medicine, the bacteria will remain in your lungs, and you will always be in danger of getting active tuberculosis.  The medicine used to treat tuberculosis infection is isoniazed, which is also called INH.  You need to take one pill everyday for 6 months.  People who take INH may

have side effects, but not very often.  Side effects include a skin rash, an upset stomach or liver disease.  Ask your doctor about other side effects that might happen.
What if I forget to take my medicine?

3

CoreCivic008210

It is very important that you take the medicine every day.  Keep the medicine in a place where you will always see it.  Take it at the same time every day.  Ask your doctor what to do if you forget to take the pill.

<u>Do I need to do anything else?</u>

Every month you will need to visit your doctor to get another prescription of the medicine you are taking and to be sure you don't have any side effects or problems from the medicine.  If you are feeling well, your doctor will give you a prescription for the next month.  It is important that you stop drinking alcohol while taking INH.  Drinking alcohol while taking the medicine increases your risk of liver damage.

<u>Could I still get active tuberculosis after I take the medicine for 6 months?</u>

Even after you take the medicine every day for 6 months there is a small chance that you could develop active tuberculosis disease, because some organisms are resistant to the medicine.  Staying healthy depends on having sensible living habits.  You need enough sleep and exercise and a healthy diet to keep up your health and resistance to the tuberculosis bacteria.

## PARTNERS FOR BETTER ORAL HYGIENE

<u>Who are the Partners?</u>

Dental health begins with good oral hygiene.  This requires professional care and guidance provided by your dentist or dental hygienist, combined with proper care at home by you.  That's the partnership.  When you follow a recommended home care routine and have regular professional care, you will be able to maintain healthier teeth and gums.
You need prophylaxis (professional cleaning) to remove plaque, calculus (tartar), and stain from the teeth.  Your dentist or dental hygienist, a licensed professional who performs prophylaxis in the dental office and provides education in the proper care of the teeth and gums may do the cleaning.

<u>What is plaque?</u>

Plaque is a soft, sticky, colorless film of bacteria constantly forming on your teeth.  It combines with sugars and other carbohydrates to form acids, which attack tooth enamel and can cause cavities.  Plaque can also cause inflammation of the gums (gingivitis), which can be identified by swollen, bleeding gums.  If not treated early, gingivitis can lead to periodontitis, a more serious condition that causes gums to recede and bone to

deteriorate.  As a result, the supporting structures are weakened and teeth become loose.  It's easy to see why brushing and flossing to remove plaque is essential to keep your teeth and gums healthy.

What is calculus (tartar)?

Minerals in saliva combine with plaque at the tooth surface and harden into a rough, unsightly deposit called calculus.  Calculus, which is mostly mineral, provides a rough surface to which more plaque can attach, and makes thorough plaque removal more difficult.  Your toothbrush and floss can't remove calculus once it has formed.  Calculus can only be removed during a regular dental prophylaxis.

<u>What a prophylaxis (professional cleaning) does that you can't do for yourself.</u>

A prophylaxis is a professional cleaning procedure that can be done only be a dentist or hygienist.  The prophylaxis not only helps prevent gum disease, but also improves the appearance of your teeth by making them look clean and bright.  A prophylaxis is usually performed in two steps.  Instruments called scalers are used to remove calculus from teeth above and below the gumline.  Then, polishing with a special paste by means of a motorized instrument removes remaining plaque and surfaces stains caused by various foods, beverages and tobacco.  Polished tooth surfaces make it more difficult for plaque and debris to accumulate.

4

CoreCivic008211

## HOW TO GET THE MOST FROM YOUR HOME CARE ROUTINE

You can help improve your oral hygiene by making plaque and calculus (tartar) control part of your daily routine. Proper brushing helps remove plaque from the outer, inner and chewing surfaces of your teeth. This is an accepted method for proper brushing. Your dentist or hygienist may suggest another. Flossing thoroughly helps remove plaque and debris from between the teeth, especially in hard to reach areas at and slightly under the gumline. Between office visits, use fluoride toothpaste that reduces tartar formation and protects against cavities.

HOW TO BRUSH

1. Outside of front teeth. Hold your toothbrush at a 45-degree angle and place it where your teeth and gums meet. Move brush back and forth in a gentle scrubbing motion to remove plaque from the outer surfaces of the front teeth.
2. Outside of back teeth. Continue brushing with short, angle strokes to remove plaque from the outer surfaces of the back teeth, upper and lower.
3. Inside of back teeth. Keep brushing with short angled strokes to remove plaque from the inner surfaces of the back teeth, upper and lower.
4. Inside the front teeth. Tilt the brush vertically and make up and down strokes to remove plaque from the inner surfaces of the front teeth, upper and lower.

5. Chewing surfaces. Hold the brush flat and use a scrubbing motion to remove plaque from the chewing surfaces of all teeth, upper and lower.

HOW TO FLOSS

1. Setting up. Pull about 18 inches of floss from the dispenser and wrap the ends around your middle fingers.
2. Inserting floss. Hold floss tightly using your fingers to gently guide the floss between the teeth. Work floss through the contact point, moving it gently under the gumline. Be careful not to snap the floss between teeth and under gums, as this can harm delicate tissue.
3. Removing plaque. Holding the floss tightly against the tooth, move the floss away from the gum, scraping the floss up and down against the side of the tooth.
4. Cleaning the whole mouth. Repeat flossing procedure on each tooth, upper and lower, using a clean segment of floss.
5. Flossing back teeth. Don't forget to floss behind back teeth or where there is no adjacent tooth.

## LEAVENWORTH DETENTION CENTER
## HEALTH SERVICES RIGHTS & RESPONSIBILITIES

1. You have the right to health care services based on the local procedures at your institution. Health services include medical sick call, dental sick call and all other support services. Sick call at this institution is conducted 7 days a week.
2. You have the right to participate in health promotion and disease prevention programs including education regarding infectious diseases.
3. You have the right to know the name and professional status of your health care providers.
4. You have the right to be treated with respect, consideration and dignity.
5. You have the right to be provided with information regarding your diagnosis treatment and prognosis.
6. You have the right to be examined in privacy.
7. You have the right to review your health record.
8. You have the right to address any concern regarding your health care to any member of the institution staff including your physician, the Health Services Administrator, and the Warden.
9. You have the right to receive prescribed medications and treatments in a timely manner, consistent with the recommendations of the prescribed health care provider.

5

CoreCivic008212

10. You have the right to a routine physical exam as defined by the policy. Frequency as determined by the responsible physician in consideration of the age, gender, and health needs of inmates in the population. Minimally, a periodic health appraisal will be offered every 1 (one) year for inmates above the age of fifty (50).
11. You have the right to dental care as defined by policy to include preventative services, emergency care and routine care.
12. You have the right to a safe, clean and healthy environment.
13. You have the right to refuse medical treatment in accordance with BOP policy. Refusal of certain diagnosis tests for infectious diseases can result in administrative action against you.

### Responsibilities:

1. You have the responsibility to comply with the health care policies of your institution. You have the responsibility to follow recommended treatment plans that have been established for you by institution health care staff to include proper use of medication proper diet, and following all health related instructions with which you are provided.
2. You have the responsibility to maintain your health and not endanger yourself or others by participating in activity that can result in spreading or contracting of an infectious disease.
3. You have the responsibility to respect these providers as professionals and follow their instructions to maintain and improve your overall health.
4. You have the responsibility to treat staff in the same manner.
5. You have the responsibility to keep this information confidential.
6. You have the responsibility to comply with security procedures.
7. You have the responsibility to address your concerns in accepted format such as the inmate's request to staff member, sick call request or the accepted inmate grievance procedures.
8. You have the responsibility to comply with prescribed treatments and follow prescription orders. You also have the responsibility not to provide any other person your medication or other prescribed items.
9. You have the responsibility to request a routine physical. Yearly or every two years according to your age. You have the responsibility to notify medical staff that you wish to have an examination.
10. You have the responsibility to maintain your oral hygiene and health.
11. You have the responsibility to maintain the cleanliness and safety in consideration of others.
12. You have the responsibility to be counseled regarding possible ill effects that may occur as a result of your refusal and to accept the responsibility to sign the treatment refusal form.
13. If you are given the privilege of receiving KOP (keep on person) medication, it is your responsibility to take them as prescribed by the provider and indicated on the medication card. It is your responsibility to let the nurse know when your medication is in the blue section on the card. This will indicate it is time to refill that prescription if applicable.

### PAIN MANAGEMENT

As part of your medical care at Leavenworth Detention Center, should you experience an injury or chronic medical condition that causes you to experience pain, you will have access to the best level of pain relief that can safely be provided in a correctional institutional setting. In order to provide this medical care, it is necessary for you to effectively communicate to your health care provider the level of pain that you are experiencing utilizing a standard rating scale to define the level (or amount) of pain and to define what is an acceptable level of pain. Your healthcare provider will then work with you to attain the level of pain relief by using a variety of pain management therapies.

### USE OF TOBACCO

This is a smoke free facility. There are written materials for smoking prevention and smoking cessation available in the medical department.

**The Affordable Care Act website can be located at http://www.hhs.gov/opa/affordable-care-act/**

6

CoreCivic008213

18-1E

# Classification Action

Name _____ Number _____
PRINTED NAME

Designated staff will initial that these items have been completed.
14-2B Sexual Abuse Screening Tool          _____
17-101B Orientation Acknowledgement     _____

*Unless precluded for security or other substantial reasons, which must be documented, the inmate /resident is required to be present for these meetings.*

I have completed a classification action (initial, reassessment and/or reclassification, **circle one**) and have been assigned a custody level of _____ at CoreCivic Leavenworth Detention Facility. I have been given the opportunity to ask questions and seek clarification on any issues not clearly understood.  I have 10 days to appeal this decision to the classification coordinator by inmate request form.

I understand and have been provided information regarding CoreCivic Policy 14-2 Sexual Abuse and Prevention and Response, 14-2AA Brochure, The Prison Rape Elimination Act - Reporting information (Bulletin) and USMS Bulletin.

I understand that if warranted due to a referral, request, disciplinary infractions, or receipt of additional information a classification action will occur that may affect my custody level.

I have by signing this, agreed that I was given 48 hour notification of a classification action.

I understand that if, at any time during my incarceration, I discover a rule, regulation, or other issue that I do not fully understand, I am to ask a staff member to explain it to me.

_____
Inmate's Signature

_____                    _____
Case Manager's Signature                                                            Date

12-21-14

Proprietary Information – Not For Distribution – Copyrighted
Property of Leavenworth Detention Center

CoreCivic008214

17-100B

# ORIENTATION ACKNOWLEDGEMENT

Name _____    Number _____
                        PRINTED NAME

I have received a copy of CCA Leavenworth Detention Facility's Inmate Handbook containing information on facility rules, regulations, policies, and overall operational procedures and agree to retain this document for future reference during my stay at this facility. I will return the handbook upon my departure.

I understand the content of this Handbook and am aware that disciplinary action may be initiated for the violation of rules and regulations contained within but not limited to this document. I understand the importance of checking facility bulletin boards daily for new or updated information.

I have completed an Orientation Session at CCA Leavenworth Detention Facility and have been given the opportunity to ask questions and seek clarification on any issues not clearly understood.

I was provided information about inmate-on-inmate sexual violence, self-protection from sexual violence/misconduct, how to safely report incidents or threats, treatment and counseling services available, and CCA's effort to aggressively refer sexual predators for prosecution.

I understand that if, at any time during my incarceration, I discover a rule, regulation, or other issue that I do not fully understand, I am to ask a staff member to explain it to me.


_____

Inmate's Signature


_____          _____

Case Manager's Signature                                Date


1-31-12

Property of Leavenworth Detention Center

CoreCivic008215

I acknowledge that I am receiving shower shoes.

_____                    _____
Inmate Printed Name                                 Inmate Number

_____
Inmate Signature

_____
Officer Printed Name

_____                    _____
Officer Signature                                   Date

_____

Declined:

_____                    _____
Inmate Signature                                    Inmate Number

_____                    _____
Officer Signature                                   Date

CoreCivic008216

Re: PREA Video

To: PREA Compliance Manager

The PREA video for inmates was show in both English and Spanish and questions from inmates were fielded and answered.

After the video was shown a discussion was held informing inmates of our policy 14-2 PREA and the elements involving prevention and reporting of sexual abuse, misconduct, harassment, and rape.

Inmates were advised that at our facility, we monitor and counsel inmates that have an obvious potential for being taken advantage of sexually. We also monitor and counsel inmates that have a history of being sexual predators. We do this in the interest of identifying potential aggressors and protecting potential victims.

Inmates were advised that if they are a victim of any sexually related offense they must let us know, regardless if it was by a staff member or another inmate. They can inform any staff member of an assault or incident. Any report of alleged sexual misconduct will be taken seriously and an investigation will immediately begin. They will be provided medical treatment and offered psychological counseling. Disciplinary measures against the offending individuals will be enforced along with any criminal charges that may apply.

Unit Management representative:                    Inmate Information

Name:  CM A. FATE                        Print Name:_____

Signature:_____           Signature:_____

Date:_____           Number:_____

                                       Date:_____

CoreCivic008217

I acknowledge that I am receiving a radio because I am indigent. When funds reach my account I will be charged $7.50 for the radio and $0.65 for the batteries. If I leave the facility before I receive funds to pay for the radio, I will return the radio and batteries in the condition it was given to me.


_____          _____

Inmate Printed Name                             Inmate Number


_____

Inmate Signature


_____

Officer Printed Name


_____          _____

Officer Signature                               Date

---

Declined:


_____          _____

Inmate Signature                              Inmate Number


_____          _____

Officer Signature                               Date

CoreCivic008218

# EXHIBIT B

**LEAVENWORTH DETENTION CENTER**

**MONITORING OF INMATE/DETAINEE TELEPHONE CALLS**

Print Date: 8/15/16   2:41PM

Inmate Name: _____   _____   AGENCY #: _____

Corrections Corporation of America reserves the authority to monitor (this includes recording) conversations on any telephone located within its institutions, said monitoring to be done to preserve the security and orderly management of the institution and to protect the public.  An inmate's use of institutional telephones constitutes consent to this monitoring.  A properly placed phone call to an attorney is not monitored.  You must contact your unit team to request an unmonitored attorney call.

I have read or had read to me (cross out one) the above notification on the monitoring of inmate telephone calls. I understand that telephone calls I make from institution telephones may be monitored and recorded.

Signature of Inmate Detainee: _____   Date: _____08/15/2016_____

Printed Name of Staff Member: _____

Signature of Staff Member: _____   Date: _____08/15/2016_____

CoreCivic000196

# EXHIBIT C

## LEAVENWORTH DETENTION CENTER
### Attorney Verification Form

| INMATE NAME: *(Last Name)* | _____ | DATE: ___/___/___ |
| | *(First Name)* _____ | INMATE ID #: _____ |
| Housing Unit/Cell House: _____ | | |

**Instructions:**

Attorney telephone calls can be placed through the inmate telephone system. Telephone calls between inmates and their attorneys are privileged and should not be recorded or monitored. To ensure attorney telephone calls placed on the <u>inmate telephones in the units are not recorded and monitored</u>, inmates must submit all attorney telephone numbers for authorization. *The attorney information will be verified for accuracy.* If the attorney telephone number is verified as a valid attorney, the attorney telephone number will be marked within the inmate telephone system as "privileged/do not record".

| TELEPHONE NUMBER | ATTORNEY NAME | ATTORNEY ADDRESS | Internal Use: Added (Yes or No) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

**\*\*Internal Use Only\*\***

Completed By: _____    Date: ___/___/___

Comments: _____

CoreCivic000197