

TYWAN POOLE #25194-045
F.C.C. FORREST CITY - M/A
P.O. BOX #9000
FORREST CITY, ARKANSAS
72336

( LEGAL
MAIL )

66101-291800

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
MEMPHIS TN 380

DATE _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR
FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

RECEIVED

AUG 12 2019

CLERK, U.S. DISTRICT C
KANSAS CITY KS

◇25194-045◇
Kansas Us District Court
500 N 5TH ST
Kansas CITY, KS 66101
United States