

Tywana Poole #25194-045
F.C.C. Forrest City Low
P.O. Box #9000
Forrest City, Arkansas
72336

( LEGAL MAIL )

FEDERAL CORRECTIONAL INSTITUTION MEDIUM

DATE 9/3/19

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

◇ 25194-045 ◇
Kansas Us District Court
500 North St
Kansas City, KS 66101
United States

RECEIVED
SEP 09 2019