**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>            **Plaintiff,** <br><br>     v. <br><br> **KARL CARTER,** <br><br>            **Defendant.** | Case No. 16-CR-20032-JAR |

## NOTICE OF APPEAL

Kim Ilene Flannigan, in her individual capacity, gives notice that she appeals the United States Court of Appeals for the Tenth Circuit from this Court's Finding of Facts and Conclusion of Law (Doc. 758) entered into this action on August 13, 2019, which became final on January 28, 2020, with the issuance of the Court's Memorandum and Order of Law (Doc 805).

              Respectfully submitted,

              s/Kim I. Flannigan
              Kim I. Flannigan, KS Bar # 13407
              500 State Avenue, Suite 360
              Kansas City, Kansas 66101
              T:   913-551-6730
              F:   913-551-6541
              Email: Kim.Flannigan@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on the 27th day of February 2020, this Notice of Appeal was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                s/Kim I. Flannigan
                                                KIM I. FLANNIGAN