# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

United States of America

                Plaintiff,

v.                                        CASE NO. 16-20032-01=JAR

Lorenzo Black, et al

                Defendant.

## RECEIPT

Receipt is hereby acknowledged of ____the US Government____
for _____ in the above entitled case.

Two Original AVPC hard drives

Dated at  Kansas City  this  06  day of  March ~~February~~ , 2020.

USAO LEC  J.S. ~~signature~~

# LOEHRS forensics

# CHAIN OF CUSTODY

| CASE INFORMATION | | | |
|---|---|---|---|
| Case Name | United States v. Lorenzo Black | Case No | 16-20032-01-JAR |
| Contact Name | Zay Thompson | Phone | 913-551-6914 |
| Company | Federal Public Defender | City, State | Kansas City, KS |
| Address | 201 US Courthouse, 500 State Ave | Zip | 66101-2400 |

| EVIDENCE DRIVE DESCRIPTION | | | | |
|---|---|---|---|---|
| No. | SHELL01 | Manufacturer | | Notes | Shell not provided. |
| | | Make | | |
| | | Model | | |
| | | Serial Number | | |
| | | BIOS | | |
| No. | HDD02 | Size | 256GB | Notes | No damage. Came in a silver enclosure frame. |
| | | Make | HP | |
| | | Model | MTFDDAK256MAM-1K12 | |
| | | Serial Number | 1338094f4F3EDPADAACA22 201338 | |
| | | Type | SATA Internal Hard Drive | |

| RELINQUISHED | | RECEIVED | |
|---|---|---|---|
| Date | 08-26-2019 6:32 PM | Date | 08-27-2019 10:15 AM |
| Name | Jennifer Wilson | Name | Anthony Garcia |
| Company | Federal Public Defender | Company | Loehrs Forensics |
| Address | 117 SW 6th Avenue, Suite 200 Topeka, KS 66603 | Address | 1505 N. Central Avenue, Suite 111 Phoenix, AZ 85004 |
| Signature | | Signature | [signature] |
| Notes | | Notes | |
| Via | FedEx 7760 7475 9897 | | |

| RELINQUISHED | | RECEIVED | |
|---|---|---|---|
| Date | | Date | |
| Name | | Name | |
| Company | | Company | |
| Address | | Address | |
| Signature | | Signature | |
| Notes | | Notes | |
| Via | | | |



# CHAIN OF CUSTODY

| CASE INFORMATION | | | |
|---|---|---|---|
| Case Name | United States v. Lorenzo Black | Case No | 16-20032-01-JAR |
| Contact Name | Kirk Redmond | Phone | 785-232-9828 |
| Company | Federal Public Defender | City, State | Kansas City, KS |
| Address | 201 US Courthouse, 500 State Ave | Zip | 66101-2400 |

| EVIDENCE DRIVE DESCRIPTION | | | | |
|---|---|---|---|---|
| No. | SHELL01 | Manufacturer | | Notes \| Shell not provided. |
| | | Make | | |
| | | Model | | |
| | | Serial Number | | |
| | | BIOS | | |
| No. | HDD01 | Size | 500GB | Notes \| No damage. Came in a black enclosure frame. |
| | | Make | Western Digital VelociRaptor | |
| | | Model | WD5000HHTZ-60N21V0 | |
| | | Serial Number | WXA1E63CTAD3 | |
| | | Type | SATA Internal Hard Drive | |

| RELINQUISHED | | RECEIVED | |
|---|---|---|---|
| Date | 08-26-2019 6:32 PM | Date | 08-27-2019 10:15 AM |
| Name | Jennifer Wilson | Name | Anthony Garcia |
| Company | Federal Public Defender | Company | Loehrs Forensics |
| Address | 117 SW 6th Avenue, Suite 200 Topeka, KS 66603 | Address | 1505 N. Central Avenue, Suite 111 Phoenix, AZ 85004 |
| Signature | | Signature | *(signed)* |
| Notes | | Notes | |
| Via | FedEx 7760 7475 9897 | | |

| RELINQUISHED | | RECEIVED | |
|---|---|---|---|
| Date | 02-03-2020 5:00 p.m. | Date | 02-04-2020 |
| Name | Anthony Garcia | Name | Kirk Redmond |
| Company | Loehrs Forensics | Company | Federal Public Defender |
| Address | 1505 N. Central Avenue, Suite 111 Phoenix, AZ 85004 | Address | 117 SW 6th Avenue, Suite 200 Topeka, KS 66603 |
| Signature | *(signed)* | Signature | |
| Notes | | Notes | |
| Via | FedEx 7776 7028 1609 | | |