AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-20032-JAR |
| ALICIA TACKETT | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alicia Tackett.

Date:   October 4, 2021

s/Laquisha Ross
*Attorney's signature*

Laquisha Ross, #26834
*Printed name and bar number*

500 State Avenue, Suite 201,
Kansas City, Kansas 66101
*Address*

laquisha_ross@fd.org
*E-mail address*

(913) 551-6712
*Telephone number*

(913) 551-6562
*FAX number*