IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
   Plaintiff,

   v.              Case No. 16-cr-20032-JAR

**ALICIA TACKETT**,
   Defendant.

**UNOPPOSED MOTION TO TERMINATE
DEFENDANT'S TERM OF SUPERVISED RELEASE**

 Alicia Tackett, respectfully moves the Court for an order terminating her remaining term of supervised release pursuant to 18 U.S.C. §3583(e)(1). Ms. Tackett has successfully completed 22 months of a three-year term of supervised release. Her reintegration into society is complete, and further supervision is unnecessary. The Government, via Assistant United States Attorney Donald Christopher Oakley, does not object to this motion.

 In support of this request, counsel states the following:

 1. In May 2016, the government filed an eleven-count Indictment against Ms. Tackett and four co-defendants charging her with providing or possessing contraband in prison (Counts 3-4), in violation of 18 U.S.C. §§ 1791(a)(1), (b)(5), and 2; giving, offering, accepting, or agreeing to accept a bribe (Count 9), in violation of 18 U.S.C. §§ 666(a)(2) and 2; conspiracy to engage in money laundering (Count 10), in violation of 18 U.S.C. §§ 1956(h), 1956(a)(1)(B)(i); and identity theft (Count 11),

in violation of 18 U.S.C. §§ 1028(a)(7), (b)(3)(A), and 2 . [D.E. 52]. On March 13, 2017, Ms. Tackett pleaded guilty to Count 10. [D.E. 207]. On May 31, 2017, the court sentenced her to 12 months and 1 day in custody followed by 3 years of supervised release. [D.E. 264]. Ms. Tackett began her term of supervised release on November 1, 2019.

2. As verified by U.S. Probation Officer John Gabrielson, Ms. Tackett is in good standing with the Probation Office and has done well on supervision. She has not tested positive for any controlled substance or committed any crimes. Ms. Tackett, mother to a newborn and eight-year-old son, has maintained a stable residence and steady employment since her. In nearly two years, she has demonstrated a willingness and capability to remain a valuable, law-abiding member of the community.

3. The Court has broad authority to terminate supervision where "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The only statutory requirement for termination of supervision is that the defendant has been supervised for at least one year. *Id*.

4. The United States Probation Office (USPO), via Probation Officer John Gabrielson, supports this motion.

5. It is within the Court's broad authority to terminate Ms. Tackett's supervised release. For the reasons listed above, we ask the court to terminate Ms. Tackett's remaining term of supervised release.

Respectfully submitted,


s/Laquisha Ross
Laquisha Ross #26834
Assistant Federal Public Defender
District of Kansas
500 State Ave, Suite 201
Kansas City, Kansas 66101-2400
Phone: 913/551-6712
Fax: 913/551-6562
E-mail Address: laquisha_ross@fd.org


## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Donald Christopher Oakley
Assistant United States Attorney
chris.oakley@usdoj.gov


s/Laquisha Ross
Laquisha Ross #26834