IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
    *Plaintiff*,

v.                                       **Case No. 16-cr-20032-04-JAR**

**ALICIA TACKETT,**
    *Defendant*.

_____

**ORDER TO TERMINATE DEFENDANT'S TERM OF SUPERVISED RELEASE**
_____

This matter is before the Court on defendant's Motion to Terminate Defendant's Term of Supervised Release (Doc. #859) filed October 12, 2021, which the government does not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the United States Attorney. For substantially the reasons stated in defendant's Motion to Terminate Defendant's Term of Supervised Release (Doc. #859), the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Motion to Terminate Defendant's Term of Supervised Release (Doc. #859) filed October 12, 2021 is

**SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

**IT IS SO ORDERED.**

Dated: <u>October 19, 2021</u>

                                       <u>S/ Julie A. Robinson</u>
                                       JULIE A. ROBINSON
                                       CHIEF UNITED STATES DISTRICT JUDGE